IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>PAUL CREWS,<br><br>   Defendant. | Case No. 96-cr-40025-JPG |

## MEMORANDUM AND ORDER

In light of the Court's judgment in *Crews v. United States of America*, Case No. 16-cv-00265-JPG, vacating the sentencing judgment in this case, the Court:

- **ORDERS** that pursuant to 18 U.S.C. § 3143(a):

    1. The defendant shall be **COMMITTED** to the custody of the United States Marshal for confinement in a corrections facility;

    2. The defendant shall be **AFFORDED** reasonable opportunity for private consultation with his attorney or any person hired by his attorney for the purpose of preparing a defense; and

    3. On Order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall **DELIVER** defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

- **APPOINTS** the Federal Public Defender to represent Paul Crews in his resentencing pursuant to 18 U.S.C. § 3006A;

- **DIRECTS** the United States Probation Office, Benton, Illinois to submit a revised presentencing report to include any necessary modification to the conditions of supervised release;

- **ORDERS** a sentencing hearing to be held on **October 12, 2016,** at **10** a.m. in Benton, Illinois; and

- **DIRECTS** the Clerk of Court to **fax and/or scan** a copy of this order along with the judgment in *Crews v. United States*, Case No. 16-cv-00265-JPG, to the Warden at FCI, Greenville, IL.

**IT IS SO ORDERED.**

**DATED:** 9/26/2016

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**